1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  Oscar Gonzalez de Llano
   Special Assistant United States Attorney
4        Social Security Administration
         160 Spear Street, Suite 800
5        San Francisco, CA 94105
         Telephone: (510) 970-4818
6        Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant
7

8

9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12

13  KATHERINE ASHMORE,                    No. 1:20-cv-00817-EPG

14              Plaintiff,

15  v.                                    ORDER GRANTING STIPULATED MOTION
                                          FOR AN EXTENSION OF TIME TO
16  KILOLO KIJAKAZI,                      RESPOND TO PLAINTIFF'S OPENING
    Acting Commissioner of Social Security,[1]  BRIEF
17
                Defendant.                (ECF No. 21)
18

19

20        IT IS HEREBY STIPULATED, by and between the parties through their respective

21  counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's

22  Opening Brief be extended forty (40) days from October 29, 2021, to December 8, 2021.  This is

23  Defendant's first request for an extension.  Counsel for Plaintiff has no objection to Defendant's

24  request for an extension.

25  _____
    [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant
26  to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted,
    therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to
27  continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
    U.S.C. § 405(g).
28

                                          1

1       Good cause exists for this request.  Defendant respectfully requests this additional time

2   because Counsel for Defendant has been unable to devote the time required to complete

3   Defendant's response to Plaintiff's Opening Brief.  The undersigned attorney has recently been

4   out on leave due to the birth of his second child and will be out on paternity leave starting this

5   week and thus this case will be reassigned to complete the briefing.  As this Court no doubt

6   knows, Social Security case filings in federal court increased significantly in the past year.  The

7   increased filings, compounded by COVID-related delays in transcript production and attorney

8   attrition, have resulted in an increased workload and competing deadlines.  An extension until

9   December 8, 2021 should give sufficient time for Counsel for Defendant to complete the response

10  to Plaintiff's Opening Brief.  Counsel apologizes to the Court for any inconvenience caused by

11  this delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

12

13                                             Respectfully submitted,

14                                             PHILLIP A. TALBERT
                                         Acting United States Attorney

15

16  DATE: October 28, 2021         By:   *s/ Oscar Gonzalez de Llano*
                                         OSCAR GONZALEZ DE LLANO

17                                           Special Assistant United States Attorney
                                         Attorneys for Defendant

18

19                                           Respectfully submitted,

20                                           Attorneys for Plaintiff

21  DATE: October 28, 2021         By:   */s/ Young Cho**
                                         YOUNG CHO

22                                           LAW OFFICES OF LAWRENCE D. ROHLFING
                                         (*as authorized by email)

23

24

25

26

27

28

1

## **ORDER**

2

3          Pursuant to parties' stipulated motion (ECF No. 21), IT IS SO ORDERED that Defendant

shall have an extension, up to and including December 8, 2021, to respond to Plaintiff's Opening

4

Brief. All other deadlines in the Court's scheduling order are extended accordingly.

5

6     IT IS SO ORDERED.

7

8     Dated:    **October 29, 2021**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28