1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PETER K. THOMPSON
   Acting Regional Chief Counsel
3  GERALYN A. GULSETH
   Special Assistant United States Attorney
4     Social Security Administration
      160 Spear Street, Suite 800
5     San Francisco, CA 94105
      Telephone: (510) 970-4819
6     Facsimile: (415) 744-0134

7  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10                            FRESNO DIVISION

| KATHERINE ASHMORE, | No.  1: 20-cv-00817-EPG |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION TO FILE DEFENDANT'S RESPONSIVE BRIEF TO PLAINTIFF'S OPENING BRIEF |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (ECF No. 23) |
| Defendant. | |

19    The parties stipulate through counsel that Defendant, the Commissioner of Social Security
20 (the "Commissioner"), shall have a 60-day extension of time to file her responsive brief to
21 Plaintiff's opening brief.  Defendant's response is currently due December 8, 2021.  The proposed
22 due date would be January 27, 2021.
23    The undersigned attorney is a Supervisory Attorney in the Office of the General Counsel.
24 The Special Assistant United States Attorney assigned to this case is currently on extended leave.
25 He is expected to return in January.  At this point, a more immediate re-assignment to another
26 staff attorney is not tenable given the high volume of cases and limited staff due to leave of other
27 attorneys.
28    This request is made in good faith and is not intended to delay the proceedings in this

matter. Plaintiff has no objection.

WHEREFORE, Defendant requests until January 27, 2022, to file her responsive brief.

Respectfully submitted,

DATE: December 8, 2021 /s/ Young Cho
YOUNG CHO
Attorney for Plaintiff
(as approved via email on 12/08/2021)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: December 7, 2021   By   s/ Geralyn Gulseth
GERALYN GULSETH
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Pursuant to parties' stipulation (ECF No. 23), IT IS ORDERED that Defendant shall have an extension, up to and including January 27, 2022, to respond to Plaintiff's Opening Brief. All other deadlines in the Court's scheduling order are extended accordingly.
IT IS SO ORDERED.

Dated:   **December 9, 2021**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE