1 | Young Cho
Attorney at Law: 189870
2 | Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
4 | Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5 |
Attorneys for Plaintiff
6 | Katherine Ashmore

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ASHMORE, | Case No.: 1:20-cv-00817-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY |
| vs. | FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant. | (ECF No. 29) |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Katherine Ashmore be awarded attorney fees in the amount of five thousand six hundred dollars ($5,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of

-1-

1  Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920;
2  2412(d).
3  After the Court issues an order for EAJA fees to Ashmore, the government will consider
4  the matter of Ashmore's assignment of EAJA fees to Young Cho.  The retainer agreement
5  containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521,
6  2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to
7  any offset allowed under the United States Department of the Treasury's Offset Program.  After
8  the order for EAJA fees is entered, the government will determine whether they are subject to
9  any offset.
10  Fees shall be made payable to Ashmore, but if the Department of the Treasury
11  determines that Ashmore does not owe a federal debt, then the government shall cause the
12  payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D.
13  Rohlfing, Inc., CPC, pursuant to the assignment executed by Ashmore.[1]  Any payments made
14  shall be delivered to Young Cho.
15  This stipulation constitutes a compromise settlement of Ashmore's request for EAJA
16  attorney fees, and does not constitute an admission of liability on the part of Defendant under the
17  EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and
18  bar to, any and all claims that Ashmore and/or Young Cho including Law Offices of Lawrence
19  D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.
20  This award is without prejudice to the rights of Young Cho and/or the Law Offices of
21  Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. §
22  406(b), subject to the savings clause provisions of the EAJA.
23
24
25
26  [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1  DATE: May 12, 2022          Respectfully submitted,

2                              LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3                                  /s/   Young Cho
                        BY: _____
4                                  Young Cho
                                   Attorney for plaintiff Katherine Ashmore
5

6

7  DATE: May 12, 2022          PHILLIP A. TALBERT
                                   Acting United States Attorney
                               PETER K. THOMPSON
8                                  Regional Chief Counsel
                                   Social Security Administration
9

10                                 /s/ Oscar Gonzalez de Llano
                               _____
11                             OSCAR GONZALEZ DE LLANO
                               Special Assistant United States Attorney
12                             Attorneys for Defendant
                               KILOLO KIJAKAZI, Acting Commissioner of Social
13                             Security (Per e-mail authorization)

-3-

**ORDER**

Based on the parties' stipulation (ECF No. 29) for award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), attorney fees in the amount of five thousand six hundred dollars ($5,600) shall be awarded subject to the terms of the stipulation. No costs are awarded under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:   **May 13, 2022**                    /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE